IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILBERT PRITCHETT,<br>　　Plaintiff, | :<br>:<br>: |
| vs. | : CIVIL ACTION: 21-00160-TFM-MU<br>: |
| BP AMERICA PRODUCTION CO., *et al.*,<br>　　Defendants. | :<br>:<br>: |

## **ORDER**

The issue before the Court is Plaintiff Wilbert Pritchett's failure to comply with the Court's February 3, 2023 Order. Doc. 111. Plaintiff is appearing *pro se*. *Id*. The case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. Gen. LR 72(a)(2)(R) for appropriate action.

Plaintiff has now been twice directed to inform the Court of how he intends to proceed against Defendant AMS Staff Leading N.A., who has yet to appear in the case. *See* Docs. 108, 111. To date, Plaintiff has failed to comply with United States District Judge Terry F. Moorer's latest order (entered February 3, 2023) to inform the Court by February 24, 2023 of his intentions with respect to Defendant AMS Staff Leading N.A. or risk dismissal of the defendant under Fed. R. Civ. P. 41(b). Doc. 111.

This deadline has come and gone. Plaintiff is hereby given a final opportunity to file his response on or before March 17, 2023. Plaintiff is warned that failure to comply with this order will result in dismissal of Defendant AMS Staff Leading N.A. for failure to prosecute and failure to comply with a court order, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, as no other lesser sanction will suffice. *See Link v. Wabash R. R.*, 370 U.S. 626, 630, 82 S. Ct. 1386, 8 L.Ed.2d 734 (1962) (interpreting Rule 41(b)

not to restrict the court's inherent authority to dismiss *sua sponte* an action for lack of prosecution).

Plaintiff is **DIRECTED** to file a response as to how he intends to proceed in this case with respect to Defendant AMS Staff Leasing N.A. on or before **March 17, 2023** or this Defendant will be **DISMISSED** from the action.

**DONE** and **ORDERED** this **3rd** day of **March**, 2023.

                                                        s/P. Bradley Murray  
                                                        UNITED STATES MAGISTRATE JUDGE